# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| UNILOC USA, INC. and UNILOC LUXEMBOURG S.A., <br><br> Plaintiffs, <br><br> v. <br><br> MEDICAL INFORMATION TECHNOLOGY, INC. D/B/A MEDITECH, <br><br> Defendant. | § § § § § § § § § § § § | CIVIL ACTION NO. 6:16-cv-463-RWS <br> Consolidated Lead Case <br><br> **JURY TRIAL DEMANDED** |
| MCKESSON CORPORATION, MCKESSON SPECIALTY HEALTH, and MCKESSON TECHNOLOGIES, INC., <br> Defendants. | § § § § § | CIVIL ACTION NO. 6:16-cv-473-RWS <br> Member Case |

## ORDER

The Court has considered the Joint Stipulation of Dismissal by Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg S.A ("Uniloc") and Defendants McKesson Corporation, McKesson Specialty Health, and McKesson Technologies, Inc. ("McKesson") and is of the opinion that the Stipulation should be APPROVED.

Accordingly, it is ORDERED that:

1. Any and all claims and/or counterclaims by Uniloc and McKesson against one another are dismissed with prejudice from the lead case and member case pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), subject to the terms of the Parties' confidential Settlement and License Agreement, with an effective date of November 17, 2016.

2. Uniloc and McKesson shall each bear their own attorney's fees, expenses and costs.

   3. Uniloc's complaint as to all other defendants is not impacted by this stipulation and dismissal.

  **SIGNED this 15th day of December, 2016.**

                *Robert W. Schroeder III*
                ROBERT W. SCHROEDER III
                UNITED STATES DISTRICT JUDGE